[No. 17845-1-II. Division Two. May 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
E. SORRELS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-09183-7, Nile E. Aubrey, J., entered January 3, 1994. *Reversed* by unpublished per curiam opinion.

[No. 13756-2-III. Division Three. May 30, 1995.]

PAUL N. TALLMAN, ET AL., *Appellants*, v. YOUNG
MENS CHRISTIAN ASSOCIATION OF THE INLAND EMPIRE,
*Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 92-2-01327-9, Robert D. Austin, J.,
entered December 1, 1993. *Affirmed* by unpublished
opinion per Munson, J., concurred in by Thompson, C.J.,
and Schultheis, J.

[No. 31947-7-I. Division One. May 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY
LEON FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-01543-5, Bobbe J. Bridge, J., entered
December 22, 1992. *Affirmed* by unpublished per curiam
opinion.